1 | James E. Whitmire, Esq.
Nevada State Bar No. 6533
2 | **Santoro Whitmire**
10100 W. Charleston Blvd., Suite 250
3 | Las Vegas, NV 89135
Phone: (702) 948-8771
4 | Facsimile: (702) 948-8773
whitmire@santoronevada.com
5 |

6 | Jeffrey S. Cashdan, Esq. (*pro hac vice* pending)
Zachary A. McEntyre, Esq. (*pro hac vice*)
7 | James Matthew Brigman, Esq. (*pro hac vice*)
Allison Hill White, Esq. (*pro hac vice*)
8 | **KING & SPALDING, LLP**
1180 Peachtree Street NE
9 | Atlanta, GA 30309
Phone: (404) 572-4600
10 | jcashdan@kslaw.com
zmcentyre@kslaw.com
11 | mbrigman@kslaw.com
awhite@kslaw.com
12 |
Julia C. Barrett, Esq. (*pro hac vice* pending)
13 | **KING & SPALDING, LLP**
500 W. 2nd Street
14 | Austin, TX 78701
jbarrett@kslaw.com
15 |
*Attorneys for Defendants*
16 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY YAGHYAZARIAN and ELENA THORMAHLEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:22-cv-01339-CDS-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PROGRESSIVE DIRECT INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant

Progressive Direct Insurance Company ("Progressive Direct"), by its undersigned counsel, and

Plaintiffs Gary Yaghyazarian and Elena Thormahlen, through their undersigned counsel,

hereby stipulate and agree, subject to the Court's approval, pursuant to Local Rule 7-1 and

1

Local Rule IA 6-1 to extend the deadline for Progressive Direct to answer or otherwise respond to Plaintiffs' Amended Complaint (deadline is currently November 15, 2022), as follows:

1.  Plaintiff Gary Yaghyazarian filed the original complaint in this action on August 17, 2022, solely against Progressive Direct.  *See* Dkt. No. 1.

2.  Progressive Direct, after waiving service, responded to the complaint by filing a timely Motion to Dismiss on October 10, 2022.  *See* Dkt. Nos. 5, 18.

3.  An Amended Complaint was filed on November 1, 2022, adding a new plaintiff, Elena Thormahlen, and a new defendant, Progressive Northern Insurance Company ("Progressive Northern"). *See* Dkt. No. 20.

4.  Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, *unless the Court orders otherwise*, Progressive Direct's last day to answer or otherwise respond to the Amended Complaint is November 15, 2022.

6.  Progressive Northern waived service of the Amended Complaint, thereby making its answer or other response due on January 9, 2023.  *See* Dkt. No. 32.

7.   Progressive Direct and Progressive Northern are both represented by the undersigned counsel at King & Spalding LLP and Santoro Whitmire.  *See* Dkt. Nos. 21, 27, 28, 29, 30, 31, 33, 34, 35.

8.  In the interest of efficiency and appropriate coordination of this action, the parties have agreed that both Defendants should have the same response deadline, and that Progressive Direct's deadline to answer or otherwise respond to the Amended Complaint should be extended to January 9, 2023, so that both Defendants have the same response deadline.

9. Accordingly, all parties hereby stipulate, subject to the Court's approval, that Progressive Direct's answer or other response to Plaintiffs' Amended Complaint is due by January 9, 2023. This is the first request to extend the foregoing deadlines, and all parties

1   submit that good cause exists for these extensions and that they are not intended for purposes

2   of delay.

3

4       **WHEREFORE**, Defendant Progressive Direct Insurance Company respectfully

5   requests that the Court grant this Unopposed Motion and thereby extend its time to answer or

6   otherwise respond to the Amended Complaint to January 9, 2023.

7

8       Respectfully submitted on November 14, 2022.

9

10  /s/ Andrew J. Shamis                          /s/ James E. Whitmire
      Andrew J. Shamis, Esq.                        James E. Whitmire, Esq.
11    ashamis@shamisgentile.com                     Nevada State Bar No. 6533
      **SHAMIS & GENTILE, P.A.**                    **SANTORO WHITMIRE**
12    14 NE 1st Avenue, Suite 705                    10100 W. Charleston Blvd., Suite 250
      Miami, FL 33132                                whitmire@santoronevada.com
13
      Scott Edelsberg, Esq.
14    scott@edelsberglaw.com                         Jeffrey S. Cashdan (*pro hac vice* pending)
      Christopher Gold, Esq.                         Zachary A. McEntyre (*pro hac vice*)
15    chris@edelsberglaw.com                         James Matthew Brigman (*pro hac vice*)
      **EDELSBERG LAW P.A.**                         Allison Hill White (*pro hac vice*)
16    20900 NE 30th Ave., Suite 417                  **KING & SPALDING LLP**
      Aventura, FL 33180                             1180 Peachtree Street NE
17                                                   Atlanta, GA 30309
      Gustavo Ponce, Esq.
18    gustavo@kazlg.com                              Julia C. Barrett (*pro hac vice* pending)
      Mona Amini, Esq.                               **KING & SPALDING LLP**
19    mona@kazlg.com                                 500 W. 2nd Street
      **KAZEROUNI LAW GROUP, APC**                   Austin, TX 78701
20    6069 South Fort Apache Road, Suite 100
      Las Vegas, NV 89148
21                                                   *Attorneys for Defendants*

22    *Attorneys for Plaintiffs*

23

24                                                   IT IS SO ORDERED.

25
                                                     _____
26                                                   Cam Ferenbach
                                                     United States Magistrate Judge
27
                                                            11-15-2022
28                                                   DATED _____

3