Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave., Ste 250
Las Vegas, Nevada 89103
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Scott Edelsberg, Esq. (*pro hac vice*)
Florida Bar No. 0100537
Christopher Gold, Esq. (*pro hac vice*)
Florida Bar No. 088733
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave.
Suite 417
Aventura, FL 33180
786-673-2405
scott@edelsberglaw.com
chris@edelsberglaw.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY YAGHYAZARIAN and ELENA THORMAHLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY, Ohio corporations,<br><br>Defendants. | Case No.: 2:22-cv-01339-CDS-VCF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND AMEND THE CASE MANAGEMENT ORDER**<br><br><br>**FIRST REQUEST** |

Plaintiffs Gary Yaghyazarian and Elena Thormahlen and Defendants Progressive Direct Insurance Company and Progressive Northern Insurance Company jointly move to modify the Case Management Order entered by this Court on December 5, 2022 [ECF 47], and state as follows:

1. This case is one of thirty-two (32) nearly identical statewide class actions against Defendants and its affiliates challenging the calculation of the Projected Sold Adjustment ("PSA") in valuing total-loss claims (the "PSA Cases"). King & Spalding LLP represents the defendants in all the PSA Cases, and Shamis & Gentile P.A., Edelsberg Law P.A., Normand PLLC, and Carney Bates & Pulliam represent nearly all plaintiffs in the PSA Cases. Counsel for the Parties are actively litigating approximately thirty (30) other PSA Cases, with expert reports, class certification briefs, or dispositive motion briefs due nearly every week from June through November 2023.

2. On December 5, 2022, this Court granted the Parties' Discovery Plan and Scheduling Order, which set a fact discovery deadline of July 10, 2023. *Id*.

3. The Parties have been diligently working to complete fact discovery, however, require additional time to allow the parties to complete document production (including a time-consuming collection of a sample of 150 Nevada insureds' total loss claim files), and depositions for this case.

4. By this Motion, the Parties respectfully seek a 120-day extension of their deadline to complete fact discovery.

5. Accordingly, to allow the same amount of time as the Case Management order allotted, the Parties also respectfully request a 120-day extension to all other deadlines.

6. Thus, the Parties request that the Court amend the case management order to set new deadlines for fact discovery and all subsequent deadlines.

7. The Parties have worked diligently to meet all deadlines set by the

scheduling order, and have engaged in significant discovery to date, including exchange of written discovery, production of documents, service of third-party discovery requests, and have scheduled depositions. However, due to the demands of the other PSA Cases, the Parties respectfully request a slight modification to the Case Management Order.

8. For the reasons discussed above, good cause exists for modifying the Case Management Order.

9. This is the first Motion to extend time to complete discovery and amend the Case Management Order.

10. This Motion is made in good faith, not for delay or any dilatory tactic, and no party will be unduly prejudiced or harmed by the grant of this Motion.

WHEREFORE, Plaintiffs and Defendants respectfully request the following modifications detailed below:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Parties Fact Discovery | July 10, 2023 | November 7, 2023 |
| Plaintiffs' Expert Disclosures | August 9, 2023 | December 7, 2023 |
| Plaintiffs' Motion for Class Certification | August 9, 2023 | December 7, 2023 |
| Defendants' Expert Disclosures | October 13, 2023 | February 12, 2024 |
| Defendants' Opposition to Class Certification | October 13, 2023 | February 12, 2024 |
| Plaintiffs' Reply in Support of Class Certification | November 27, 2023 | March 26, 2024 |

Respectfully submitted,

| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **KING & SPALDING LLP** |
| */s/ Gustavo Ponce*<br>Gustavo Ponce, Esq.<br>Mona Amini, Esq.<br>6069 S. Fort Apache Rd., Suite 100<br>Las Vegas, Nevada 89148 | */s/ Allison Hill White*<br>Allison Hill White (*pro hac vice*)<br>Jeffrey S. Cashdan (*pro hac vice*)<br>Zachary A. McEntyre (*pro hac vice*)<br>J. Matthew Brigman (*pro hac vice*)<br>1180 Peachtree Street, N.E.<br>Atlanta, Georgia 30309 |
| **EDELSBERG LAW, P.A.**<br>Scott Edelsberg, Esq. (*pro hac vice*)<br>Florida Bar No. 0100537<br>Christopher Gold, Esq. (*pro hac vice*)<br>Florida Bar No. 088733<br>20900 NE 30th Ave.<br>Suite 417<br>Aventura, FL 33180 | **SANTORO WHITMIRE**<br>James E. Whitmire, Esq.<br>Nevada State Bar No. 6533<br>10100 W. Charleston Blvd., Suite 250 |
| *Counsel for Plaintiffs and the Proposed Class* | **KING &SPALDING LLP**<br>Julia C. Barrett (*pro hac vice*)<br>500 W. 2nd Street<br>Austin, TX 78701<br><br>*Counsel for Defendants* |

**IT IS SO ORDERED:**

DATED: 6-16-2023

_____
Hon. Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

- 4 -

JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND AMEND THE CASE MANAGEMENT ORDER

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6787 W. Tropicana Ave., Ste 250
Las Vegas, Nevada 89103