Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Scott Edelsberg, Esq. (*pro hac vice*)
Florida Bar No. 0100537
Christopher Gold, Esq. (*pro hac vice*)
Florida Bar No. 088733
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave.
Suite 417
Aventura, FL 33180
786-673-2405
scott@edelsberglaw.com
chris@edelsberglaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARY YAGHYAZARIAN and ELENA THORMAHLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY, Ohio corporations,<br><br>Defendants. | Case No.: 2:22-cv-01339-CDS-VCF<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR CLASS CERTIFICATION BRIEFING, EXPERT DISCLOSURES, AND TO AMEND THE CASE MANAGEMENT ORDER** |

JOINT STIPULATION FOR EXTENSION OF TIME FOR CLASS CERTIFICATION BRIEFING, EXPERT DISCLOSURES, AND TO AMEND THE CASE MANAGEMENT ORDER

Plaintiffs Gary Yaghyazarian and Elena Thormahlen and Defendants Progressive Direct Insurance Company and Progressive Northern Insurance Company jointly move to modify the Amended Case Management Order entered by this Court on June 16, 2023 [D.E. 62], and state as follows:

1. District courts have inherent power to control their own dockets. *Hamilton Copper & Stell Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990).

2. This case is one of 35 related class actions Progressive and its affiliates challenging the calculation of the Projected Sold Adjustment ("PSA") in valuing total-loss claims (the "PSA Cases"). King & Spalding LLP represents the defendants in all the PSA Cases, and Shamis & Gentile P.A., Edelsberg Law P.A., Normand PLLC, and Carney Bates & Pulliam represent nearly all plaintiffs in the PSA Cases.

3. On June 16, 2023, this Court granted the Parties' Motion to Amend the Case Management Order to allow sufficient time for the voluminous and time-intensive document production of a sample of 150 claim files Plaintiffs requested from Defendants and to conduct depositions. The Amended Case Management Order extended, *inter alia*, the deadline for Plaintiffs' to file their Motion for Class Certification and serve their Expert Disclosures to December 7, 2023. *Id*.

4. The Parties have been diligently working to meet the deadlines transcribed in the Amended Case Management Order, however, Plaintiffs' require

additional time to review and analyze the 150 sample claim files Defendants produced, confer with experts, and to file their Motion for Class Certification.

5. By this Motion, the Parties respectfully seek a 55-day extension of the deadline for Plaintiffs' to file their Motion for Class Certification and serve their Expert Disclosures.

6. Accordingly, to allow the same amount of time as the Case Management order allotted, the Parties also respectfully request a 55-day extension to the other deadlines below.

7. Federal Rule of Civil Procedure 6(b) permits a court to grant an extension of time for good cause and, "like all the Federal Rules of Civil Procedure, '[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1254, 1258-59 (9th Cir. 2010) (quoting *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir.1983)). Consequently, requests for extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id*. (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)).

8. Further, "Plaintiff[s'] request for an extension of less than two months …is reasonable." *Godinez v. L. Offs. of Clark Garen*, No.

- 3 -
JOINT STIPULATION FOR EXTENSION OF TIME FOR CLASS CERTIFICATION
BRIEFING, EXPERT DISCLOSURES, AND TO AMEND THE CASE MANAGEMENT ORDER

SACV1600828CJCDFMX, 2016 WL 4527512, at *2 (C.D. Cal. Aug. 30, 2016)

9. Thus, the Parties request that the Court amend the case management order to set new deadlines for expert reports and class certification briefing.

10. The Parties have worked diligently to meet all deadlines set by the scheduling order, and have made significant strides, including the completion of fact discovery and depositions. However, due to the demands of the other PSA Cases, accounting for the travel schedules of Counsel and Plaintiffs' experts during the holiday season, and the multitude of discovery that still needs to be reviewed, the Parties respectfully request a slight modification to the Amended Case Management Order.

11. For the reasons discussed above, good cause exists for modifying the Amended Case Management Order.

12. This Motion is made in good faith, not for delay or any dilatory tactic, and no party will be unduly prejudiced or harmed by the grant of this Motion.

WHEREFORE, Plaintiffs and Defendants respectfully request the following modifications detailed below:

|  | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Plaintiffs' Expert Disclosures | December 7, 2023 | January 31, 2024 |
| Plaintiffs' Motion for Class Certification | December 7, 2023 | January 31, 2024 |

| | | |
|---|---|---|
| Defendants' Expert Disclosures | February 12, 2024 | April 8, 2024 |
| Defendants' Opposition to Class Certification | February 12, 2024 | April 8, 2024 |
| Plaintiffs' Reply in Support of Class Certification | March 26, 2024 | May 20, 2024 |

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

/s/ *Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148

Scott Edelsberg, Esq. (*pro hac vice*)
Florida Bar No. 0100537
Christopher Gold, Esq. (*pro hac vice*)
Florida Bar No. 088733
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave.
Suite 417
Aventura, FL 33180

*Counsel for Plaintiffs
and the Proposed Class*

**KING & SPALDING LLP**

/s/ *Allison Hill White*
Allison Hill White (*pro hac vice*)
Jeffrey S. Cashdan (*pro hac vice*)
Zachary A. McEntyre (*pro hac vice*)
J. Matthew Brigman (*pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

**SANTORO WHITMIRE**
James E. Whitmire, Esq.
Nevada State Bar No. 6533
10100 W. Charleston Blvd., Suite 250

**KING &SPALDING LLP**
Julia C. Barrett (*pro hac vice*)
500 W. 2nd Street
Austin, TX 78701

*Counsel for Defendants*

**IT IS SO ORDERED:**

DATED: 12-6-2023

_____
Hon. Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

- 5 -
JOINT STIPULATION FOR EXTENSION OF TIME FOR CLASS CERTIFICATION BRIEFING, EXPERT DISCLOSURES, AND TO AMEND THE CASE MANAGEMENT ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**
*/s/ Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148