Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6787 W. Tropicana Ave. Ste. 250
Las Vegas, NV 89103
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Scott Edelsberg, Esq. (*pro hac vice*)
Florida Bar No. 0100537
Christopher Gold, Esq. (*pro hac vice*)
Florida Bar No. 088733
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave.
Suite 417
Aventura, FL 33180
786-673-2405
scott@edelsberglaw.com
chris@edelsberglaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GARY YAGHYAZARIAN and ELENA THORMAHLEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE NORTHERN INSURANCE COMPANY, Ohio corporations,<br><br>    Defendants | Case No.: 2:22-cv-01339-CDS-MDC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

- 1 -
STIPULATION OF DISMISSAL

Plaintiffs, Gary Yaghyazarian and Elena Thormahlen, and Defendants, Progressive Direct Insurance Company and Progressive Northern Insurance Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiffs, Gary Yaghyazarian and Elena Thormahlen, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

Respectfully submitted,

DATED: February 5, 2024

**KAZEROUNI LAW GROUP, APC** /s/ *Gustavo Ponce*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148
Telephone: 800-400-6808
gustavo@kazlg.com

Andrew J. Shamis, Esq.*
Edwin Eliu Elliott, Esq.*
Christopher Berman, Esq.*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com
cberman@shamisgentile.com

Scott Edelsberg, Esq*
Christopher Gold, Esq.*

**WHITMIRE LAW, PLLC**
/s/*James Whitmire*
James Whitmire
10785 West Twain
Suite 226
Las Vegas, NV 89135
Telephone: 702-860-0273
jwhitmire@whitmirelawnv.com

Allison Hill White*
Jeffrey S. Cashdan*
Zachary A. McEntyre*
J. Matthew Brigman*
Allexia Bowman Arnold*
Logan R. Hobson*
**King & Spalding LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com

- 2 -
STIPULATION OF DISMISSAL

| | |
|---|---|
| **EDELSBERG LAW, PA**<br>20900 NE 30th Ave, Suite 417<br>Aventura, Florida 33180<br>Telephone: 305-975-3320<br>scott@edelsberglaw.com<br>chris@edelsberglaw.com<br><br>Counsel for Plaintiffs | awhite@kslaw.com<br>aarnold@kslaw.com<br>lhobson@kslaw.com<br><br>Julia C. Barrett*<br>KING & SPALDING LLP<br>500 W. 2nd Street, Suite 1800<br>Austin, Texas 78701<br>Telephone: (512) 457-2000<br>Facsimile: (512) 457-2100<br>Email: jbarrett@kslaw.com<br><br>Counsel for Defendants<br><br>*Admitted pro hac vice |

### ORDER

Based on the stipulation of counsel and good cause appearing, this case is dismissed with prejudice, with each party to bear their own fees and costs. The Clerk of Court is kindly instructed to close this case.

Dated: February 13, 2024

_____
UNITED STATES DISTRICT JUDGE